# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARROD MOTEN,<br>Plaintiff,<br>v.<br>COUNTY OF KERN,<br>Defendant. | No. 1:25-cv-00821-KES-BAM (PC)<br>ORDER DECLINING TO ADOPT FINDINGS AND RECOMMENDATIONS; and ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS, AND REQUIRING PLAINTIFF TO PAY FILING FEE WITHIN 30 DAYS<br>Docs. 2, 23 |

Plaintiff Sharrod Moten is a state prisoner proceeding pro se in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff filed his complaint in this action on February 16, 2025, along with an application to proceed in forma pauperis under 28 U.S.C. § 1915. Docs. 1, 2. On July 15, 2025, the then-assigned magistrate judge issued an order for plaintiff to show cause why his in forma pauperis application should not be denied under 28 U.S.C. § 1915(g). Doc. 19. As an alternative to filing a showing of cause, the magistrate judge indicated that plaintiff could pay the filing fee in full or voluntarily dismiss the action within fourteen days. *Id.* at 6-7. The court did not receive any response from plaintiff to the show cause order, and plaintiff failed to pay the filing fee in full or to voluntarily dismiss the action.

On October 14, 2025, the assigned magistrate judge issued findings and recommendations

that this action be dismissed for failure to obey a court order and for plaintiff's failure to prosecute this action. Doc. 23. Plaintiff was directed to file objections within fourteen (14) days. *Id.* at 3. Plaintiff timely filed objections on October 24, 2025, along with a response to the show cause order. Docs. 24, 25.

In his objections, plaintiff asserts that he timely complied with the July 15, 2025 show cause order by mailing a written response and supporting documentation to the court by mail on July 24, 2025. Doc. 24. The court did not receive this response. *See* docket. While plaintiff's objections filed at Doc. 24 do not include the written response he alleges he sent in response to the court's show cause order, plaintiff also submitted a response, which is dated July 23, 2025, that was separately filed at Doc. 25. In his response, plaintiff admits that he is subject to § 1915(g) but argues that he was under imminent danger of serious physical injury at the time of filing, qualifying him for the statutory exception to the bar on in forma pauperis status. Doc. 25. Plaintiff does not include a proof of service attached to the response establishing that it was mailed on July 24, 2025, as he asserts. But, even considering the response, plaintiff has not alleged facts showing that he faced a real, present threat of serious physical injury at the time he executed his complaint in February 2025. *See* Docs. 1, 25.

In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of this case. Having carefully reviewed the file, including plaintiff's objections and show cause response, the court declines to adopt the findings and recommendations to dismiss this case for failure to prosecute and failure to obey a court order.

Having considered plaintiff's response (Doc. 25) to the order to show cause as to why plaintiff's in forma pauperis application should not be denied pursuant to 28 U.S.C. § 1915(g), the court finds that plaintiff is subject to § 1915(g) and has failed to establish an exception that would permit him to proceed with in forma pauperis status.

Accordingly:

1. The court declines to adopt the findings and recommendations issued on October 14, 2025, Doc. 23;
2. Plaintiff's application to proceed in forma pauperis, Doc. 2, is DENIED;

3. Plaintiff is ORDERED to pay the $405.00 filing fee in full within thirty (30) days from the date of service of this order to proceed with this action.

**Failure to pay the filing fee within the specified time will result in the dismissal of this action without further notice.**

IT IS SO ORDERED.

Dated: July 31, 2026

UNITED STATES DISTRICT JUDGE